JS 44C/SDNY
REV.
12/04/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**

Insurance Company of Greater New York

**DEFENDANTS**
BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, AMGUARD INSURANCE COMPANY, AZGUARD INSURANCE COMPANY, EASTGUARD INSURANCE COMPANY, NORGUARD INSURANCE COMPANY, AND WESTGUARD INSURANCE COMPANY

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
GERBER CIANO KELLY BRADY, LLP, Office Address: 1299 Farnam Street Suite 300. Omaha, NE 68102. Mailing Address: P.O. Box 160, Buffalo, NY 1 Phone (402) 260-1728

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Russo & Gould, LLP, Jeremy A. Berman, Esq., 33 Whitehall Street, 16th Floor New York, New York 10004, (212) 482-0001

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Removal is based on diversity jurisdiction provisions of 28 U.S.C. §§ 1332 and 1441

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No [✓] Yes [ ] ____
(If yes, Judge Previously Assigned)

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?    No [X]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)    **NATURE OF SUIT**

TORTS

ACTIONS UNDER STATUTES

| CONTRACT | | PERSONAL INJURY | PERSONAL INJURY [ ] 367 HEALTHCARE/ | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|---|
| [x] 110 | INSURANCE | [ ] 310 AIRPLANE | PHARMACEUTICAL PERSONAL | [ ] 625 DRUG RELATED | [ ] 422 APPEAL | [ ] 375 FALSE CLAIMS |
| [ ] 120 | MARINE | [ ] 315 AIRPLANE PRODUCT | INJURY/PRODUCT LIABILITY | SEIZURE OF PROPERTY | 28 USC 158 | [ ] 376 QUI TAM |
| [ ] 130 | MILLER ACT | LIABILITY | [ ] 365 PERSONAL INJURY | 21 USC 881 | [ ] 423 WITHDRAWAL | [ ] 400 STATE |
| [ ] 140 | NEGOTIABLE | [ ] 320 ASSAULT, LIBEL & | PRODUCT LIABILITY | [ ] 690 OTHER | 28 USC 157 | REAPPORTIONMENT |
| | INSTRUMENT | SLANDER | [ ] 368 ASBESTOS PERSONAL | | | [ ] 410 ANTITRUST |
| [ ] 150 | RECOVERY OF | [ ] 330 FEDERAL | INJURY PRODUCT | | | [ ] 430 BANKS & BANKING |
| | OVERPAYMENT & | EMPLOYERS' | LIABILITY | **PROPERTY RIGHTS** | | [ ] 450 COMMERCE |
| | ENFORCEMENT | LIABILITY | | | | [ ] 460 DEPORTATION |
| | OF JUDGMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** | [ ] 820 COPYRIGHTS    [ ] 880 DEFEND TRADE SECRETS ACT | | [ ] 470 RACKETEER INFLU- |
| [ ] 151 | MEDICARE ACT | [ ] 345 MARINE PRODUCT | | [ ] 830 PATENT | | ENCED & CORRUPT |
| [ ] 152 | RECOVERY OF | LIABILITY | [ ] 370 OTHER FRAUD | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | ORGANIZATION ACT |
| | DEFAULTED | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | | | (RICO) |
| | STUDENT LOANS | [ ] 355 MOTOR VEHICLE | | [ ] 840 TRADEMARK | | [ ] 480 CONSUMER CREDIT |
| | (EXCL VETERANS) | PRODUCT LIABILITY | | | **SOCIAL SECURITY** | [ ] 485 TELEPHONE CONSUMER |
| [ ] 153 | RECOVERY OF | [ ] 360 OTHER PERSONAL | | | | PROTECTION ACT |
| | OVERPAYMENT | INJURY | [ ] 380 OTHER PERSONAL | **LABOR** | [ ] 861 HIA (1395ff) | |
| | OF VETERAN'S | [ ] 362 PERSONAL INJURY - | PROPERTY DAMAGE | | [ ] 862 BLACK LUNG (923) | |
| | BENEFITS | MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE | [ ] 710 FAIR LABOR | [ ] 863 DIWC/DIWW (405(g)) | [ ] 490 CABLE/SATELLITE TV |
| [ ] 160 | STOCKHOLDERS | | PRODUCT LIABILITY | STANDARDS ACT | [ ] 864 SSID TITLE XVI | [ ] 850 SECURITIES/ |
| | SUITS | | | [ ] 720 LABOR/MGMT | [ ] 865 RSI (405(g)) | COMMODITIES/ |
| [ ] 190 | OTHER | | **PRISONER PETITIONS** | RELATIONS | | EXCHANGE |
| | CONTRACT | | [ ] 463 ALIEN DETAINEE | [ ] 740 RAILWAY LABOR ACT | | [ ] 890 OTHER STATUTORY |
| [ ] 195 | CONTRACT | | [ ] 510 MOTIONS TO | [ ] 751 FAMILY MEDICAL | **FEDERAL TAX SUITS** | ACTIONS |
| | PRODUCT | | VACATE SENTENCE | LEAVE ACT (FMLA) | | |
| | LIABILITY | **ACTIONS UNDER STATUTES** | 28 USC 2255 | | [ ] 870 TAXES (U.S. Plaintiff or | [ ] 891 AGRICULTURAL ACTS |
| [ ] 196 FRANCHISE | | **CIVIL RIGHTS** | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR | Defendant) | [ ] 893 ENVIRONMENTAL |
| | | | [ ] 535 DEATH PENALTY | LITIGATION | [ ] 871 IRS-THIRD PARTY | MATTERS |
| | | [ ] 440 OTHER CIVIL RIGHTS | [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC | 26 USC 7609 | [ ] 895 FREEDOM OF |
| | | (Non-Prisoner) | | SECURITY ACT (ERISA) | | INFORMATION ACT |
| **REAL PROPERTY** | | [ ] 441 VOTING | | | | [ ] 896 ARBITRATION |
| | | [ ] 442 EMPLOYMENT | **PRISONER CIVIL RIGHTS** | **IMMIGRATION** | | [ ] 899 ADMINISTRATIVE |
| [ ] 210 | LAND | [ ] 443 HOUSING/ | | | | PROCEDURE ACT/REVIEW OR |
| | CONDEMNATION | ACCOMMODATIONS | [ ] 550 CIVIL RIGHTS | [ ] 462 NATURALIZATION | | APPEAL OF AGENCY DECISION |
| [ ] 220 | FORECLOSURE | [ ] 445 AMERICANS WITH | [ ] 555 PRISON CONDITION | APPLICATION | | |
| [ ] 230 | RENT LEASE & | DISABILITIES - | [ ] 560 CIVIL DETAINEE | [ ] 465 OTHER IMMIGRATION | | [ ] 950 CONSTITUTIONALITY OF |
| | EJECTMENT | EMPLOYMENT | CONDITIONS OF CONFINEMENT | ACTIONS | | STATE STATUTES |
| [ ] 240 | TORTS TO LAND | [ ] 446 AMERICANS WITH | | | | |
| [ ] 245 | TORT PRODUCT | DISABILITIES -OTHER | | | | |
| | LIABILITY | [ ] 448 EDUCATION | | | | |
| [ ] 290 | ALL OTHER | | | | | |
| | REAL PROPERTY | | | | | |

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____ OTHER_____ JUDGE_____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND:    YES    NO

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*

**ORIGIN**

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge

- [X] a. all parties represented
- [ ] b. At least one party is pro se.

- [ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*

**BASIS OF JURISDICTION**

***IF DIVERSITY, INDICATE CITIZENSHIP BELOW.***

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [X] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [X]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [X]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

200 Madison Avenue, New York, NY 10016, New York County

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

39 Public Square, Wilkes-Barre, PA 18703, Luzerne County

1314 Douglas Street, Suite 1400, Omaha, NE. 681☐2-1944  Douglas County

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [X] MANHATTAN

DATE   July 29, 2025   *SIGNATURE OF ATTORNEY OF RECORD*

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 01  Yr. 1983 )
Attorney Bar Code # JB0378

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

[ Clear Form ]    Save    [ Print ]