```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**INSURANCE COMPANY OF GREATER NEW YORK,**

        Plaintiff,

  - against -

**BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, ET AL.,**

        Defendant.

------------------------------------------------

25-cv-6243 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **August 25, 2025.**

**SO ORDERED.**

Dated:    New York, New York
            August 11, 2025

                             /s/ John G. Koeltl
                                John G. Koeltl
                        United States District Judge