UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INSURANCE COMPANY OF GREATER NEW YORK,
                Plaintiff(s)

                25 civ 6243 (JGK)

    -against-

BERKSHIRE HATHAWAY DIRECT
INSURANCE COMPANY, et al.,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, November 18, 2025, at 12:30pm, is cancelled.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 12, 2025